**Charles V. MACK v. UNITED STATES of America.**

**No. 5417.**

Circuit Court of Appeals, Sixth Circuit.

Oct. 8, 1929.

Francis J. Cook, of Cleveland, Ohio, for appellant.

Lee N. Murlin, Asst. U. S. Atty., of Toledo, Ohio.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

■

**W. R. MANSFIELD, District Director of Immigration, v. John REGAS.**

**No. 311.**

Circuit Court of Appeals, Tenth Circuit.

June 5, 1930.

Before COTTERAL, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal docketed and dismissed June 5, 1930, on motion of appellant.

■

**A. L. MARCRUM v. UNITED STATES of America.**

**No. 5438.**

Circuit Court of Appeals, Sixth Circuit.

Nov. 14, 1929.

W. H. Fisher and H. M. Brode, both of Memphis, Tenn., for appellant.

Lindsay B. Phillips, U. S. Atty., of Memphis, Tenn.

PER CURIAM.

Judgment of District Court affirmed.

■

**John MARTY, Plaintiff in Error, v. UNITED STATES of America.**

**No. 8921.**

Circuit Court of Appeals, Eighth Circuit.

May 5, 1930.

George J. Danforth, of Sioux Falls, S. D., for plaintiff in error.

Olaf Eidem, U. S. Atty., of Sioux Falls, S. D.

PER CURIAM.

Transcript filed and writ of error dismissed without costs to either party in this court, on motion of defendant in error.

■

**Anita MARVIN, Administratrix of the Estate of Raymond J. Marvin, Deceased, v. CINCINNATI & O. RY. COMPANY.**

**No. 5562.**

Circuit Court of Appeals, Sixth Circuit.

March 14, 1930.

Grischy & Grischy, of Cincinnati, Ohio, for appellant.

Galvin & Tracy, of Cincinnati, Ohio, for appellee.

PER CURIAM.

Judgment of District Court affirmed.